LUNDBERG STRATTON and LANZINGER, JJ., would also accept the appeal on Proposition of Law No. III. PFEIFER, J., dissents.

**2008–0391. State v. Clardy.**
Hamilton App. No. C–060527, 2007-Ohio-4193. Discretionary appeal accepted on Proposition of Law No. I; cause held for the decision in 2007–0325, *State v. Davis,* Hamilton App. No. C–040665, 2006-Ohio-3171; and briefing schedule stayed.

O'CONNOR, O'DONNELL, and LANZINGER, JJ., would also accept the appeal on all other Propositions of Law.

PFEIFER and CUPP, JJ., dissent.

# APPEALS NOT ACCEPTED FOR REVIEW

**2007–2318. Haught v. Payne.**
Clinton App. No. CA2007–08–034.

**2007–2321. Telxon Corp. v. SmartMedia of Delaware, Inc.**
Summit App. Nos. 22098 and 22099.
O'DONNELL, J., not participating.

**2007–2323. State v. Sorah.**
Clermont App. No. CA2006–08–056, 2007-Ohio-5898.
LUNDBERG STRATTON, J., dissents.

**2007–2345. Chase Manhattan Mtge. Corp. v. Smith.**
Hamilton App. No. C–061069, 2007-Ohio-5874.

**2007–2350. Nunn v. Cornyn.**
Warren App. Nos. CA2006–08–098, CA2006–10–123, and CA2006–08–099, 2007-Ohio-5894. Discretionary appeal and cross-appeal not accepted.

**2007–2351. Washington Mut. Bank v. Smith.**
Cuyahoga App. No. 90507.
CUPP, J., dissents and would accept the appeal on Proposition of Law No. I.

**2007–2355. Hostottle v. Nationwide Mut. Ins. Co.**
Cuyahoga App. No. 89036, 2007-Ohio-5857.
PFEIFER, J., dissents.

**2007–2363. Hamilton v. Kirby.**
Warren App. No. CA2006–06–071, 2007-Ohio-5901.

**2007–2365. Lawrence Twp. Bd. of Twp. Trustees v. Canal Fulton.**
Stark App. No. 2007–CA–00010, 2007-Ohio-6115.

**2007–2368. State v. Mobley.**
Fairfield App. No. 07–CA–26, 2007-Ohio-6101.

**2007–2369. State v. Messer.**
Clermont App. No. CA2006–10–084, 2007-Ohio-5899.

**2007–2374. State v. Harris.**
Cuyahoga App. No. 89559, 2007-Ohio-6080.

**2007–2375. State v. Turner.**
Cuyahoga App. No. 88958, 2007-Ohio-5732.

**2007–2382. Shanton v. United Ohio Ins. Co.**
Pike App. No. 07CA766, 2007-Ohio-6379.
PFEIFER, J., dissents.